# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. JACKSON, | ) | |
| | ) | 18 C 4879 |
| Plaintiff, | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| JUST MANUFACTURING COMPANY, | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendant. | ) | |

## AGREED STIPULATION OF DISMISSAL

Plaintiff and Defendant, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree to the dismissal of this action per the terms of the parties settlement agreement with prejudice. Each side to bear their own attorney fees and costs.

Dated: December 4, 2018


s/ Donald D. Schwartz
Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, IL 60601

Attorney for Plaintiff

s/ Douglas A. Darch
Douglas A. Darch
BAKER & MCKENZIE LLP
300 East Randolph St., Suite 5000
Chicago, IL 60601

Attorney for Defendant