# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Robert E. Jackson

                                    Plaintiff,

v.                                                      Case No.: 1:18−cv−04879
                                                        Honorable Matthew F. Kennelly

Just Manufacturing Company

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2018:

     MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation of dismissal, case is dismissed with prejudice and without costs. All pending motions are terminated and the 12/11/2018 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.